■ BAC Home Loans Servicing, LP, Formerly Known as Countrywide Home Loans Servicing LP, Appellant, v Kenneth Maestri, Also Known as Kenneth V. Maestri, Respondent. [21 NYS3d 925]—

Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered January 3, 2014. The order denied the motion of plaintiff to vacate an order dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, the motion is granted, the order dated December 13, 2012 is vacated and the complaint is reinstated.

Memorandum: In this mortgage foreclosure action, plaintiff appeals from an order that denied its motion seeking to vacate an order dated December 13, 2012, in which Supreme Court sua sponte dismissed the complaint as abandoned pursuant to CPLR 3215 (c). We agree with plaintiff that the court erred in denying the motion. The court erred in dismissing the complaint sua sponte inasmuch as "[u]se of the [sua sponte] power of dismissal must be restricted to the most extraordinary circumstances, and no such extraordinary circumstances are present in this case" (*Midfirst Bank v Bellinger*, 117 AD3d 1520, 1522 [2014] [internal quotation marks omitted]; *see HSBC Bank USA, N.A. v Alexander*, 124 AD3d 838, 839 [2015]). Indeed, a plaintiff has not abandoned a foreclosure action where, as here, the plaintiff has taken the preliminary step toward obtaining a default judgment of foreclosure and sale by moving for an order of reference within one year of the defendant's default (*see HSBC Bank USA, N.A.*, 124 AD3d at 839; *Klein v St. Cyprian Props., Inc.*, 100 AD3d 711, 712 [2012]). Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ In the Matter of Mitchell Robert Stern, Respondent. [21 NYS3d 899]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Dec. 28, 2015.)